IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30494
Conference Calendar

_____


ROBERT KARP, M.D.,

                                        Plaintiff-Appellant,


versus


TULANE UNIVERSITY, ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 91-CV-120-S
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     This appeal, filed by Robert Karp, M.D., is moot because
there is no longer a case or controversy between the parties.
Rocky v. King, 900 F.2d 864, 867 (5th Cir.1990).  Accordingly,
the appellees' motion to dismiss the appeal is GRANTED and the
appeal is DISMISSED.  Howard v. King, 707 F.2d 215, 219- 20 (5th
Cir. 1983); 5th Cir. R. 42.2.  All motions filed by Karp are
DENIED.  We warn Karp that any additional frivolous appeals filed
by him or on his behalf will invite the imposition of sanctions.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

To avoid sanctions, Karp is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.